IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

SHAWN MANNS,

   Plaintiff,

    v.

CITY OF ATLANTA, et al.,

   Defendants.

CIVIL ACTION FILE
NO. 1:06-CV-0609-TWT

OPINION AND ORDER

This is an employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending that the Defendants' First Motion to Dismiss [Doc. 5] be granted as to the Plaintiff's Title VII claims and denied as to his §1981 claim; and that the Defendants' Second Motion to Dismiss [Doc. 13] be denied. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendants' First Motion to Dismiss [Doc. 5] is granted as to the Plaintiff's Title VII claims and denied as to his §1981 claim. The Defendants' Second Motion to Dismiss [Doc. 13] is denied.

SO ORDERED, this 22 day of August, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge